EDWIN F. PARSON
Name
4757 MILLS LN APT #3
NORTH POLE, AK 99705
Mailing address

907 590 0914
Telephone

RECEIVED
FEB 07 2018
CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

EDWIN F. PARSON,
(Full name of plaintiff in this action)
Plaintiff,

vs.

UNITED STATES AIR FORCE,
EIELSON AFB SECURITY FORCES,
SSGT MATTHEW DOBBINS,

(Full names of ALL defendant(s) in this action.
Do NOT use et al.)

Defendant(s).

Case No. _____
(To be supplied by the Court)

PRO SE COMPLAINT

for/under

CIVIL RIGHTS SUIT CLAIM
(Type of complaint)

## A. Jurisdiction

Jurisdiction in the United States District Court for the District of Alaska is invoked under:

UNITED STATES IS DEFENDANTS AND QUESTIONS OF FEDERAL LAWS

PS22

**B. Parties**

1. The Plaintiff is <u>EDWIN F. PARSON</u>, who presently
   (Print Name)
   resides at <u>4757 MILLS LN APT #3, NORTH POLE, AK 99705</u>.
   (Address)

2. <u>Defendants</u>:

Defendant No. 1, <u>UNITED STATES AIR FORCE (USAF)</u>, is a
   (Name)
citizen of <u>EIELSON AFB, AK</u>, who works as a
   (City/State)
_____ for _____.
(Job Title, if applicable)        (Employer/agency, if applicable)

Defendant No. 2, <u>EIELSON AFB SECURITY FORCES</u>, is a
   (Name)
citizen of <u>EIELSON AFB, AK</u>, who works as a
   (City/State)
<u>354TH FW/SFS</u> for <u>USAF</u>.
(Job Title, if applicable)        (Employer/agency, if applicable)

Defendant No. 3, <u>SSGT MATTHEW DOBBINS</u>, is a
   (Name)
citizen of <u>EIELSON AFB, AK</u>, who works as a
   (City/State)
<u>354TH FW/SFS</u> for <u>USAF</u>.
(Job Title, if applicable)        (Employer/agency, if applicable)
   (City and State)

Defendant No. 4, _____, is a
   (Name)
citizen of _____, who works as a
   (City/State)
_____ for _____.
(Job Title, if applicable)        (Employer/agency, if applicable)

Defendant No. 5, _____, is a
   (Name)
citizen of _____, who works as a
   (City/State)
_____ for _____.
(Job Title, if applicable)        (Employer/agency, if applicable)

**C. Causes of Action** (Briefly describe the **facts** you consider important to each claim. State what happened **clearly** and **briefly**, in your **own words**. DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name**, did to support each claim for relief.)

Claim 1: On or about  11 DEC 2017   APPROX. 1430, I PULLED UP TO THE
                     (Date or Period of Time)      (Supporting facts)
EIELSON AFB GATE TO CONTINUE ON TO MY WORK AS A CIVILIAN AIRCRAFT MECHANIC AS I HAVE REGULARLY THE PAST YEAR. I GAVE THE (SECURITY FORCES) AT THE GATE MY BASE I.D. CARD (CAC). HE KEPT IT INSTEAD OF RETURNING IT TO ME AND INFORMED ME TO PULL OVER TO THE SIDE OUT OF TRAFFIC. I ASKED WHAT WERE HIS INTENTIONS. HE INFORMED ME TO WAIT; AST WAS ENROUTE. I RESPONDED THAT I HAD BEEN HARRASSED FROM THEM THE PAST FOUR YEARS. I THEN MOTIONED WITH MY ARM OUT THE WINDOW POINTING AT THE TURNAROUND LANE FOR EXITING THE GATE WHICH WAS NEXT TO MY VEHICLE. I TOLD HIM I WOULD EXIT HERE BEFORE PROCEEDING AND CONTINUED TO INFORM HIM THAT WAS MY INTENTIONS. I COULD SEE THERE WAS A HESITATION OF SORTS IN WHAT HE WANTED TO DO NEXT. WHILE I CONTINUED TURNING AROUND HE THREW A LARGE METAL STAR BLOCKING MY VEHICLE IN THE EXIT LANE. AFTER 20 OR 30 MINS. HAD ELAPSED SSGT DOBBINS INFORMED ME THAT AST WOULD BREAK THE WINDOW AND DRAG ME OUT WHEN THEY ARRIVED. I REMAINED IN MY VEHICLE DESPITE THE COERCION. APPROXIMATELY HOUR AND A HALF LATER AST SHOWED UP AND I REMAINED IN MY VEHICLE KNOWING THAT WHAT HAD OCCURED WAS AT LEAST ENTRAPMENT AND NUMEROUS OTHER VIOLATIONS OF MY CIVIL LIBERTIES. AFTER APPROXIMATELY ANOTHER HOUR AST PUT AN OLD RESTRAINING ORDER UNDER THE PASSENGER SIDE WIPER AND THE AIRMEN PUT TWO TICKETS, A BAN LETTER AND MY I.D. CARD THERE AFTERWARDS. SECURITY FORCES INFORMED ME I WAS FREE TO GO. I WAITED FOR HIM TO REMOVE THE BLOCK BEFORE I STARTED MY VEHICLE. I DROVE AWAY SLOWLY. SECURITY FORCES FOLLOWED ME OUT TO THE ON RAMP AND THEN TURNED BACK TOWARD BASE. THEN WHEN I GOT TO THE HIGHWAY I REMOVED THE PAPERS AND MY I.D.

Claim 2: On or about **11 DEC 2017 APPROX. 1430**, A. AFTER ENDURING THE ABOVE
(Date or Period of Time)                (Supporting facts)
INCIDENT WITH SECURITY FORCES IT TURNS OUT AST ONLY DELIVERED AN OUT DATED PIECE OF PAPER; FROM LAST YEAR. IT SAYS IN SO MANY LONG WORDS TO STAY AWAY FROM X. WHICH IS EXACTLY MY DESIRES SINCE 23 OCT 2013.

B. I CHOSE TO ASSERT MY CIVIL LIBERTIES DUE TO THE LEVEL OF ENTRAPMENT AND COERCION THAT I PERCEIVED WHEN MY ID CARD WAS KEPT BY SECURITY FORCES. IT WAS EVIDENT TO ME THERE WERE UNLAWFUL COMMANDS GIVEN TO ME. HOWEVER, I DIDN'T WANT TO GET SHOT SO I MADE AN EFFORT TO SHOW MY INTENTIONS THAT I WAS EXITING THE BASE. THIS NOT ONLY ENDED IN DISABLING MY VEHICLE, BUT TWO TICKETS AND A BAR LETTER. THIS IS PERCEIVED AS RETALIATORY IN NATURE SINCE I WASN'T WILLING TO BE COMPELLED TO WAIVE ALL MY RIGHTS.

C. THIS HAS ULTIMATELY ENDED MY ACCESS TO YET ANOTHER JOB. THE NEXT DAY MY EMPLOYER INFORMED ME MY I.D. CARD WOULDN'T ALLOW ME ACCESS TO WORK REQUIRED ITEMS AND WOULD HAVE TO BE PUT ON ADMINISTRATIVE LEAVE. THIS LATER TURNED INTO BEING FIRED DUE TO NO ACCESS GRANTED BY SECURITY FORCES. THIS IS PERCEIVED AS ANOTHER ABUSE OF MY CIVIL ~~AUTHORED~~ LIBERTIES.

D. DUE TO THE WITNESS OF EVENTS VIEWED BY MYSELF OF ALL THE VIOLATIONS MADE TO CIVIL RIGHTS AND THE RESULTING RESEARCH LEADS ME TO BELIEVE IT IS A SYSTEMIC PROBLEM. I WOULD CHALLENGE THAT THERE IS LITTLE OR NO OVERSIGHT/AUDITS. LET ALONE, REQUIRED QUARTERLY REPORTS MADE.

Claim 3: On or about 11 DEC 2017 APPROX. 1430, AFTER ATTEMPTING TO LEAVE THE BASE OUT THE EXIT LANE AND SECURITY FORCES THROWING AN IRON STAR IN FRONT OF MY VEHICLE RESULTED IN ITS IMMOBILITY. SSGT DOBBINS THEN COMPELLED ME BY COERCION TO GET OUT OF THE VEHICLE. HE DID THIS BY THREATENING ME THAT AST WHEN THEY GOT THERE WOULD BREAK MY WINDOW AND DRAG ME OUT; ALL WHILE HE WAS SAYING THIS THE OTHER AIRMAN STOOD NEXT TO HIM WITH HIS M-16 WEAPON READY FOR USE ON THE ENEMY. I'M UNSURE IF THE INTENT WAS TO FURTHER SUBDUE THE ENEMY BY IMPOUNDING MY VEHICLE FOR SEARCH, ETC. ADDITIONALLY, I SUSPECT THAT THE TWO AIRMEN AT THE GATE (MILITARY SECURITY FORCES) ARE ACTING ON THE TRAINING OR THE OMISSION OF THEIR SUPERVISORS. LACK OF PROVIDING TRAINING HAS ATTRIBUTED TO THE INCIDENT. I BELIEVE IT IS A SYSTEMIC PROBLEM WITH SECURITY FORCES INTERACTIONS WITH LOCAL POLICE STATE ENFORCERS AND DESIRE RESTITUTION.

## D. Request for Relief

Plaintiff requests that this court grant the following relief:

1. Damages in the amount of $ 200K

2. Punitive damages in the amount of $ 200K

3. An order requiring defendant(s) to VOID TICKETS AND BAR LETTER

4. A declaration that MAY BE ASKED AT A LATER DATE AND TIME

5. Other: REVEAL TO COURT AND/OR JURY CONFERMATION OF REQUERED OVERSIGHT AND QUARTERLY INTERACTION REPORTS

Plaintiff demands a trial by __X__ Jury _____ Court. (Choose one)

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above complaint and that the information contained in the complaint is true and correct.

_[signature]_
**Plaintiff's Original Signature**

EDWIN F. PARSON
(Plaintiff's Full Name)

Executed at FAIRBANKS CLERK OFFICE on 7 FEB 2018
(Location) (Date)

6 COMPLAINT